Filed April 27, 1892.

———————◆———————

## No. 510.

### ACRA ET AL. *v.* CORNFORTH.

APPEAL.—*Brief.*—*Sufficiency of.*—*What Must Contain.*—A brief which does not contain both the questions for decision and an argument or statement of the infirmity of the rulings relied upon for a reversal, is not sufficient to fulfil the requirements of the law.

From the Dearborn Circuit Court.

*H. D. McMullen, W. R. Johnston* and *H. R. McMullen,* for appellants.

*M. J. Givan, N. S. Givan, G. M. Roberts* and *C. W. Stapp,* for appellee.

CRUMPACKER, J.—The only brief filed by appellants in this case is upon their application for a supersedeas, and it contains a statement of the questions presented by the record, indicating the page and line where they may be

found, but it does not state a single reason why the rulings were wrong, nor cite a single authority against them; except in a general manner it asserts that certain of the instructions were misleading and others invaded the province of the jury. We have carefully examined the instructions, and conclude that they are not obnoxious to the objection pointed out. Respecting the other questions contained in the record, the brief is not of such a character as will justify us in giving them attention. A brief should not only point out the questions for decision but should contain some argument or statement of the infirmity of the rulings relied upon for a reversal. *Nowlin v. Whipple*, 89 Ind. 490; *Newcomer v. Hutchings*, 96 Ind. 119; *Liggett v. Firestone*, 102 Ind. 514; *Landwerlen v. Wheeler*, 106 Ind. 523.

With the exception noted, the brief in this case does not fulfill the requirements of the law.

The judgment is affirmed with ten per cent. damages.

